# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. NARANJO,<br><br>                Petitioner,<br>vs.<br><br>JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation,<br><br>                Respondent. | CASE NO. 11cv1487 WQH (PCL)<br><br>ORDER |

HAYES, Judge:

    On August 6, 2013, Respondent Jeffrey Beard filed a status report in the Court of Appeals for the Ninth Circuit indicating that Petitioner's June 3, 2009 state court judgment had been vacated and reinstated on August 5, 2013 by the Superior Court of California, County of San Diego. *Naranjo v. Beard*, No. 13-55951, ECF No. 9-1 (9th Cir. 2013). The status report stated that counsel for both Respondent and Petitioner agreed that the state court proceeding on August 5, 2013 "achieved the district court's grant of habeas relief...." *Id.* at 2-3.

    On September 20, 2013, the Ninth Circuit issued an order granting Respondent's motion for voluntary dismissal of his appeal pursuant to Federal Rule of Appellate Procedure 42(b). (ECF No. 54).

    In light of Respondent's August 6, 2013 status report and the Ninth Circuit's

1 | September 20, 2013 order dismissing Respondent's appeal, the Clerk of the Court is
2 | directed to close this case.

4 | DATED: 9/24/13

WILLIAM Q. HAYES
United States District Judge